**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MARK D'WAYNE SUMRELL**                                               **PETITIONER**

**V.**                           **NO. 4:08CV068-P-S**

**STATE OF MISSISSIPPI, et al.**                                           **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day,

1. Sumrell's petition for a writ of habeas corpus is GRANTED;

2. the habitual offender portion of Sumrell's sentence imposed under Miss. Code Ann. § 99-19-83 is VACATED;

3. this matter is REMANDED to the Circuit Court of Washington County, Mississippi for resentencing;

4. the resesentencing should occur within ninety (90) days from the date of memorandum opinion and this final judgment; and

5. This matter is CLOSED.

**IT IS SO ORDERED.**

THIS the 9th day of April, 2009.

                                                    /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                    UNITED STATES DISTRICT JUDGE