**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**MARK D'WAYNE SUMRELL**                                       **PETITIONER**

**V.**                                                                **NO. 4:08CV068-P-S**

**STATE OF MISSISSIPPI, et al.**                                 **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day,

1. the April 9, 2009, memorandum opinion and final judgment (docket entries 14 and 15) are WITHDRAWN IN PART;

2. the April 9, 2009, opinion and final judgment are WITHDRAWN to the extent that habeas relief was granted;

3. the court is barred from reviewing Petitioner's due process claim;

4. Petitioner has failed to overcome the procedural bar;

5. this matter is CLOSED.

**IT IS SO ORDERED.**

THIS the 8th day of May, 2009.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE